United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No.  24-33733 |
| CHRISTOPHER TERELL TAYLOR | § | |
|    Debtor | § | Chapter 7 |
| | § | |
| CHACON AUTOS, LTD. | § | |
|    Creditor | § | |
| | § | |
| vs. | § | |
| | § | |
| CHRISTOPHER TERELL TAYLOR | § | |
|    Debtor | § | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY [AND CO-DEBTOR STAY, IF APPLICABLE] AFTER HEARING**
**(This order resolves docket # )**

    CHACON AUTOS, LTD., ("Movant") filed a motion for relief from the automatic stay against the 2022 Toyota Corolla, VIN # 5YFEPMAE5NP339675, (the "Property").  Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

_____    Although a response opposing the motion was filed, the respondent did not appear at the hearing.  Therefore, the response is overruled for want of prosecution and the motion is granted.

_____    The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief.

_____    The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief.

_____    After hearing, and for the reasons stated on the record, relief from the stay is granted.

| | |
|---|---|
| \_\_\_\_xxx\_\_\_\_ | No timely response was filed. Accordingly, the motion is granted by default. |
| _____ | As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. |

Accordingly, it is ordered that Movant is granted relief from the automatic stay [and the co-debtor stay] to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Signed: October 17, 2024

_____
Marvin Isgur
United States Bankruptcy Judge